1 | McGREGOR W. SCOTT
United States Attorney
2 | MEGAN A.S. RICHARDS
Assistant United States Attorney
3 | 2500 Tulare Street, Suite 4401
Fresno, CA  93721
4 | Telephone: (559) 497-4000
Facsimile: (559) 497-4099



Attorneys for Plaintiff
United States of America



IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

1: 1 8 CR - 0 0 2 0 0 LJO SKO

| UNITED STATES OF AMERICA, | CASE NO. |
|---|---|
| Plaintiff, | MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |
| v. | |
| ROBERT JAMES MUELLER, | |
| Defendant. | |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on August 30, 2018, charging the above defendant with a violations of 18 U.S.C. § 2252(a)(4)(B) – Possession of Material Involving the Sexual Exploitation of Minors (3 Counts); 18 U.S.C. § 2253-Criminal Forfeiture be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrant issued pursuant

1  thereto, except when necessary for the issuance and execution of the warrant.

2  DATED: August 30, 2018                Respectfully submitted,

                                         McGREGOR W. SCOTT
                                         United States Attorney

                                   By    /s/ Megan A.S. Richards
                                         MEGAN A.S. RICHARDS
                                         Assistant U.S. Attorney

   IT IS SO ORDERED.

   Dated: August 30, 2018                /s/ Sheila K. Oberto
                                         SHEILA K. OBERTO
                                         U.S. Magistrate Judge