1 MCGREGOR W. SCOTT
United States Attorney
2 MEGAN A.S. RICHARDS
Assistant United States Attorney
3 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5

6 Attorneys for Plaintiff
United States of America
7

8 IN THE UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 1:18-cr-00200 LJO SKO |
|---|---|
| Plaintiff, | MOTION AND ORDER TO UNSEAL INDICTMENT |
| v. | |
| ROBERT JAMES MUELLER | |
| Defendant. | |

16

17 The United States of America hereby applies to this Court for an order pursuant to Rule 6(e) of

18 the Federal Rules of Criminal Procedure. There no longer exists any reason to keep the Indictment

19 under seal.

20 Based on the foregoing, the United States respectfully requests that the Indictment be unsealed

21 and made public record.

22 Dated: September 11, 2018                    MCGREGOR W. SCOTT
                                                United States Attorney
23

24                                              /s/ Megan A.S. Richards
                                                MEGAN A.S. RICHARDS
25                                              Assistant United States Attorney

26

27

28

Motion and Order to Unseal Indictment           1

1 | MCGREGOR W. SCOTT
United States Attorney
2 | MEGAN A.S. RICHARDS
Assistant United States Attorney
3 | 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 | Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5
6 | Attorneys for Plaintiff
United States of America
7

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-cr-00200 LJO SKO |
|---|---|
| Plaintiff, | ORDER TO UNSEAL INDICTMENT |
| v. | |
| ROBERT JAMES MUELLER | |
| Defendant. | |

This Indictment was sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure.

IT IS HEREBY ORDERED that the case be unsealed and be made public record.

IT IS SO ORDERED.

Dated: **September 11, 2018**      **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

Motion and Order to Unseal Indictment       2