MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1670 M Street
Bakersfield, CA 93301
Telephone: (661) 616-2141
Facsimile: (661) 322-7675

Attorney for the Defendant
Robert Mueller

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-cr-00200 LJO SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; FINDINGS AND ORDER |
| v. | |
| ROBERT MUELLER, | DATE: May 20, 2019<br>TIME: 1:00 p.m. |
| Defendant. | JUDGE: Hon. SHEILA K. OBERTO |

**STIPULATION**

COMES NOW, Defendant, Robert Mueller, by and through his attorney of record, Monica L. Bermudez and The United States of America, by and through its counsel of record hereby stipulate as follows:

1. By previous order, this matter was set for status on March 18, 2019.

2. By this stipulation, defendants now move to continue the status hearing to **May 20, 2019 at 1:00 p.m.** before the Honorable Sheila K. Oberto, and to exclude time between the date of this stipulation and May 20, 2019 under 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv). The government joins in this request.

3. The parties agree and stipulate, and request that the Court find the following:

   a. Counsel for defendant will be engaged in trial in the case of *People v. Miguel Aldaco*

1

BF167017C in Kern County and is unable to attend the status conference in this matter on Monday March 18, 2019. Furthermore, Defense Counsel and the AUSA are seeking additional time to discuss this matter to seek an agreed upon resolution before the next status hearing.

      b.      The government does not object to, and agrees with, the requested continuance.

      c.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of the date of this stipulation to May 20, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

      4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: March 14, 2019

                                  /s/ Monica L. Bermudez
                                MONICA L. BERMUDEZ
                                Counsel for Defendant
                                Robert Mueller

DATED: March 14, 2019

                                /s/ David Gappa
                                DAVID GAPPA
                                Assistant United States Attorney

**O R D E R**

The parties' stipulated request to continue the status conference to May 20, 2019, is GRANTED. The time period of the date of this order to May 20, 2019, inclusive, shall be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv), because it results from a continuance granted by the Court at the Defendant's request based on the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

The Court notes that this case has been pending since September 11, 2018. To move this case forward, the parties SHALL be prepared to select a mutually agreeable trial date before Chief U.S. District Judge Lawrence J. O'Neill at the May 20, 2019, status conference.

IT IS SO ORDERED.

Dated: __**March 14, 2019**__    /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE