MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1670 M Street
Bakersfield, CA 93301
Telephone: (661) 616-2141
Facsimile: (661) 322-7675

Attorney for the Defendant
Robert Mueller

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-cr-00200 LJO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING; FINDINGS AND ORDER |
| v. | |
| ROBERT MUELLER, | DATE: November 18, 2019<br>TIME: 9:30 a.m. |
| Defendant. | JUDGE: Hon. Lawrence J. O'Neill |

**STIPULATION**

COMES NOW, Defendant, Robert Mueller, by and through his attorney of record, Monica L. Bermudez and The United States of America, by and through his counsel of record hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on November 4, 2019.

2. By this stipulation, defendants now move to continue the sentencing hearing to **November 18, 2019 at 9:30 a.m.** before the Honorable Lawrence J. O'Neill, and to exclude time between the date of this stipulation and November 18, 2019 under 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv). The government joins in this request.

3. The parties agree and stipulate, and request that the Court find the following:

   a. Counsel for defendant is preparing a sentencing a memorandum and needs additional

1

time to submit this memorandum on behalf of Mr. Mueller.

      b.      The government does not object to, and agrees with, the requested continuance.

      c.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      d.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of the date of this stipulation to June 17, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

      4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: October 28, 2019

                                  /s/ Monica L. Bermudez
                                  MONICA L. BERMUDEZ
                                  Counsel for Defendant
                                  Robert Mueller

DATED: October 28, 2019

                                  /s/ David Gappa
                                  DAVID GAPPA
                                  Assistant United States Attorney

**O R D E R**

The time period of the date of this order to November 18, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. The request via stipulation is granted.

IT IS SO ORDERED.

Dated: **October 30, 2019**         /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE