MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1670 M Street
Bakersfield, CA 93301
Telephone: (661) 616-2141
Facsimile: (661) 322-7675

Attorney for the Defendant
Robert Mueller

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>v.<br><br>ROBERT MUELLER,<br><br>                         Defendant. | CASE NO. 1:18-CR-00200<br><br>STIPULATION TO CONTINUE SENTENCING HEARING; FINDINGS AND ORDER<br><br>DATE: January 21, 2020<br>TIME: 10:45am<br>JUDGE: Hon. Lawrence J. O'Neil |

**STIPULATION**

COMES NOW, Defendant, ROBERT MUELLER, by and through his attorney of record, Monica L. Bermudez and The United States of America, by and through his counsel of record, David Gappa, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on January 13, 2020.

2. By this stipulation, defendants now move to continue the sentencing hearing to **January 21, 2020 at 10:45 a.m.** before the Honorable Lawrence J. O'Neil. The government joins in this request.

3. The parties agree and stipulate, and request that the Court find the following:

a. Defense Counsel, Monica Bermudez, has been ordered to be present for a preliminary hearing in Bakersfield, California on January 13, 2020 in the matter of the *People v. Darnell*

1

*Hammond*, case number BF179436E.

  b.  *People v. Darnell Hammond* is a six co-defendant case with gang allegations. All parties have been ordered to be present for the preliminary hearing on January 13, 2020 and a courtroom has been reserved specifically for this matter.

  b.  The government does not object to, and agrees with, the requested continuance.

IT IS SO STIPULATED.

DATED: January 8, 2020

         /s/ Monica L. Bermudez
         MONICA L. BERMUDEZ
         Counsel for Defendant
         ROBERT MUELLER

DATED: January 8, 2020

         /s/ David Gappa
         DAVID GAPPA
         Assistant United States Attorney

**O R D E R**

IT IS SO FOUND.

IT IS SO ORDERED.

 Dated: **January 8, 2020**    /s/ Lawrence J. O'Neill
            UNITED STATES DISTRICT JUDGE